UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA AURORA, et al.,

           Plaintiffs,

   v.

SEN HSIUNG JONE, M.D., et al.,

           Defendants.
_____/

NO. CIV. S-05-2621 LKK/KJM

O R D E R

On April 5, 2006, the court granted plaintiffs' request for leave to amend to add defendant Mercy General Hospital. A Status Conference is currently set in this case on April 10, 2006. Good cause appearing, the court hereby ORDERS that:

    1.  The Status Conference is CONTINUED to June 12, 2006 at 2:00 p.m. in Chambers;

    2.  Plaintiffs shall effect service of process on all remaining defendants within twenty (20) days and file proof of service of same;

////

1

1      3.  Plaintiffs shall serve a copy of this order with service
2 of process; and
3      4.  All parties are reminded of their obligation to file and
4 serve status reports not later than ten (10) days preceding the
5 conference.
6      IT IS SO ORDERED.
7      DATED:  April 6, 2006

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2