UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA AURORA, et al.,

        NO. CIV. S-05-2621 LKK/KJM

    Plaintiffs,

  v.                      O R D E R

SEN HSIUNG JONE, M.D., et al.,

    Defendants.

_____/

The court is in receipt of plaintiffs' request to continue the Status Conference currently set for June 12, 2006 at 2:00 p.m. Good cause being shown, the Status Conference is hereby CONTINUED to August 7, 2006 at 2:30 p.m. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference. Plaintiff shall serve this order on any defendant who has not yet appeared.

IT IS SO ORDERED.

DATED: June 8, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT