Anthony J. Palik (SBN 190971)
LAW OFFICES OF FERNANDO F. CHAVEZ, INC.
1107 Ninth Street, Suite 1011
Sacramento, CA 95814
Office: (916) 325-1188
Fax:    (916) 325-1180

**Attorneys for Plaintiffs:**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARIA AURORA, et al., | Case No. 2:05-cv-02621-LKK-KJM |
| Plaintiffs | **PLAINTIFFS' VOLUNTARY DISMISSAL** |
| v. | |
| HEN HSIUNG JONE, M.D., MERCY GENERAL HOSPITAL OF SACRAMENTO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

SO AGREED:

Dated: March 14, 2007

**THE LAW OFFICES OF FERNANDO F. CHAVEZ, INC.**

By:   /s/ Anthnoy J. Palik /s/
        Anthony J. Palik, Esq.

Dated:   March 16, 2007

**SCHUERING ZIMMERMAN SCULLY TWEEDY & DOYLE, LLP**

By:   /s/ Brian A. Rosenthal /s/
       Brian A. Rosenthal, Esq.

Dated:   March 19, 2007

**BARRY UBALDI MCPHERSON & FLESHER, LLP**

By:   /s/ Michael V. Ubaldi /s/
       Michael V. Ubaldi, Esq.

SO ORDERED:

Dated: March 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT